**Order entered January 27, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00592-CR
No. 05-22-00593-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN A. LARA-ALVARADO, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-61117-U, F20-61118-U**

**ORDER**

The reporter's record for these appeals is overdue.  The reporter's record was due on July 20, 2022. By postcard dated July 22, 2022, we notified Sasha Brooks, Official Court Reporter for the 291st Judicial District Court, that the reporter's record had not been filed and directed her to file it by August 21, 2022. On November 28, 2022, Ms. Brooks filed a request for an extension of time of thirty days to file the reporter's record.  We granted the request and ordered Ms. Brooks to file the reporter's record by December 22, 2022.  To date the reporter's

record has not been filed, and Ms. Brooks has not communicated further with this Court concerning this appeal.

So that these appeals can proceed, we **ORDER** Ms. Brooks to file the reporter's record **on or before FEBRUARY 17, 2023**. Ms. Brooks is cautioned that the failure to do so will result in the Court taking whatever action it deems appropriate to ensure that these appeal proceed in a timely fashion, which may include ordering that she not sit as a court reporter until the record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order to Sasha Brooks, Official Court Reporter for the 291st Judicial District Court; Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; and counsel for all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE